James Everett Dutschke ~15536-042
**Name and Prisoner/Booking Number**

Tucson USP
**Place of Confinement**

PO Box 24550
**Mailing Address**

Tucson, AZ 85734
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

MAR 22 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

James Everett Dutschke
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. T. Shartle - Warden, Tucson USP,
(Full Name of Defendant)

(2) Jeff Sessions - Current Attorney Gen,

(3) Eric H. Holder - Former Attorney Gen.,

(4) Bureau of Prisons - Agency (Shartle-warden)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV18-0156 TUCJGZPSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: 5 USC § 551 et seq. - The Administrative Procedures Act;

2. Institution/city where violation occurred: Tucson, AZ (prior - Oxford, MS and Florence, CO)

## B. DEFENDANTS

1. Name of first Defendant: __J. T. Shartle__. The first Defendant is employed as: __Warden__ at __USP Tucson__.
   (Position and Title)                                                     (Institution)

2. Name of second Defendant: __Jeff Sessions__. The second Defendant is employed as: __Current Attorney General__ at __US Dept of Justice__.
   (Position and Title)                                                     (Institution)

3. Name of third Defendant: __Eric H. Holder__. The third Defendant is employed as: __Former Attorney General__ at __US Dept of Justice__.
   (Position and Title)                                                     (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                                     (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>5th Amendment (due process & notice) and 6th Amendment (denial of counsel)</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>False information inserted into Gov. (BOP/DOJ) files by E. Holder.</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. In 2013, then AG Holder personally penned & 'authorized' a "SAM" order to silence me (from the press) and cripple the defense, citing "national security". The individual claims made in the executive order subverted the criminal courts. I was given NO due process or opportunity to defend against the claims (or attorney to fight them) which were presumed as true and were acted upon by DOJ as if they had been adjudicated as true. This includes the administrative act of years of solitary confinement in the ADX (supermax) National Security Unit (SAM unit) without any ability to enlist an attorney to defend against the extrajudicial claims. Eventually, an administrative challenge (of the claims, not the conditions) to Holder's replacement Loretta Lynch was successful resulting in her dropping the SAM. However, the false claims remain in various documents in the DOJ/BOP file. I challenged this in Denver Federal court. One week after the new government was inaugerated into office, I was approved for transfer out of the ADX (2017). Upon my arrival at USP Tucson, I discovered that the files STILL contained the false extrajudicial Holder SAM claims that unconstitutionally subvert the courts and pronounce/presume me guilty of unadjudicated criminal conduct. These claims and incorrect information must be purged from the BOP/DOJ files. Continuation of these claims violates the Constitution the APA and the Privacy Act.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). The false Holder SAM claims indisputably were used to artificially inflate my "custody/security" level and continue to do so. For example (current) - a +7 for "violence" is added to security designation, the treaty violation (Biological weapons development) does NOT fit the legal definition of "violence". The potential for adverse action based on the misinformation remains HIGH as long as the false info. remains - injuring my liberty and right to be free of false accusations.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: The 6th Amendment right to Access

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities       ☐ Mail            ☑ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. In 2013, when an embarrassed Holder needed to silence the truth of the developed products non toxicity from the press - he issued the executive SAM order. One result was the immediate confiscation of my legal casework which had the desired effect of crippling the defense. This condition persists despite that the SAM order is no more. The casework/discovery is here - but I am not allowed custody and control and no one knows on whose authority that condition remains, but they are afraid to "undo" this non-existing order but existing condition. This obviously is an insurmountable impediment to my criminal appeals (you need the discovery to prove "innocence" or dispute the evidentiary claims of the illegal conviction. The legal casework/discovery, taken and held without any sort of due process pre deprivation hearing, must be returned. The act of continuing NOT to return it to my control/custody is an administrative act that violates the APA.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). The withholding of my discovery and casework did and does prevent my criminal appeals and denies me access to the courts as a result. The loss of property is a liberty interest that also is unconstitutionally violated.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: 5th Amendment (Due Process - notice)

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Due Process - Notice

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - In 2013, to cover up and hide that administrations illegal prosecution, AG Eric Holder personally, and by his own hand, issued an executive SAM order.
   - 28 CFR § 501-3, and the 'notice' requirement of the 5th Amendment require the delivery to me of that SAM (and its documents/status)
   - The initial 2013 SAM of Holders was NEVER delivered to me "by designated staff"
   - An important part of the SAM, the attorney affirmations, was never delivered to me.
   - The 2014 renewal, Holder's last act in office, was never delivered to me
   - The initial or renewal request by the HEAD of an intelligence or Fed. law enforcement agency was never delivered to me
   - The Loretta Lynch notification to drop the SAM was never delivered to me.

   Due Process requires these administrative acts comply with the 'notice' clause in order to dispute any part of that administrative decision. Whether the 'review process' (which doesn't exist) or the non existance of a review process is unconstitutionally fails the 5th Amendment - the lack of any review, ability to challenge or even know what to challenge renders this act unconstitutional nonetheless. In reality, b/c I've never been provided with a single one of the above listed parts of the SAM, how can we know it even truly existed!?! without notice (constitutionally required) ANY government acts depending on it are falsified (criminally so) government documents. The entire SAM documents must be copied to me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My right to liberty by the imposition of the SAM (for years into extreme solitary) has happened at the eve of a record that (by my verification) does not actually exist! The entire reason there exists a 'notice' clause of the 5th Amendment (due process) is to avoid exactly this.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Injunctive Relief?

1- The False claims (listed in the accompanying exhibit) MUST be removed from BOP/DOJ Files

2- My legal casework/discovery, which contains exculpatory evidence, must be returned to my custody

3- All parts of the SAM (every SAM document) must be delivered to me

All this in accordance with the Constitution, the APA, the Privacy Act, Camp v Pitts & Sellers v BOP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2-3-2018___         _/s/ James Everett Dutschke___
            DATE                      SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6