o 42

James Everett Dutschke   15536-042
**Name and Prisoner/Booking Number**

USP Tucson
**Place of Confinement**

PO Box 24550
**Mailing Address**

Tucson AZ 85734
**City, State, Zip Code**

___ FILED   ___ LODGED
___ RECEIVED ___ COPY

MAR 2 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CV18-0156 TUC JGZ PSOT

James Everett Dutschke,

Plaintiff,

v.

J.T. Shartle, Jeff Sessions, Eric H. Holder,

Defendant(s).

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, James Everett _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?  ☑Yes  ☐No   If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes  ☑No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes  ☑No
   If "Yes," state the amount of your pay and where you work. _____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes  ☑No
   If "Yes," state the source and amount of the payments. _____

Revised 6/22/16                                    1

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐ Yes  ☒ No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____

I declare under penalty of perjury that the above information is true and correct.

_2-4-2018_  _/s/ James Everett Dutschke_
DATE  SIGNATURE OF APPLICANT

---

### ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, _James Everett Dutschke_, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
  (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
  (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

_2-4-2018_  _/s/ James Everett Dutschke_
DATE  SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _S. Smith_, certify that as of the date applicant signed this application:
   (Printed name of official)

The applicant's trust account balance at this institution is:  $ 4.48
The applicant's average monthly deposits during the prior six months is:  $ 0.68
The applicant's average monthly balance during the prior six months is:  $ 0.68
The attached certified account statement accurately reflects the status of the applicant's account.

_2-5-18_  _[signature]_  _Counselor_  _USP Tucson_
DATE  AUTHORIZED SIGNATURE  TITLE/ID NUMBER  INSTITUTION

Revised 6/22/16          2